IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>ATIYEH | CIVIL ACTION NO. 21-2381<br><br>Bankruptcy No. 19-15156 |

## ORDER

**AND NOW**, this 31st day of March 2022, having considered fully the briefs and the record on appeal, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Order of the Bankruptcy Court dated May 4, 2021, is **AFFIRMED**.

It is further **ORDERED** that the Motion to Institute Automatic Stay [Doc. No. 13] is **DENIED**.

The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**